# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY WILMOTH, JR., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>*Defendant.* | Case No. 1:19-cv-03556-RCL |

## DECLARATION IN SUPPORT OF SERVICE OF SUMMONSES, COMPLAINT AND MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Daniel Z. Herbst, hereby declare as follows:

1. I am an attorney with the law firm Reed Smith LLP, counsel to the plaintiffs in the above-captioned case. I am over eighteen years of age and not a party to this case.

2. On November 27, 2019, I caused to be deposited in the United States Mail a copy of the summons, complaint, and motion for summary judgment in the above captioned case, posted prepaid, return receipt requested, to the following:

>Alex Azar, *in his official capacity as Secretary*
>U.S. Department of Health and Human Services
>200 Independence Avenue, S.W.
>Washington, DC 20201
>
>Jessie K. Liu, United States Attorney
>U.S. Attorney's Office for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>William Barr, Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530

3.      I have received receipt confirming that the mailing to Alex Azar, Secretary of the U.S. Department of Health and Human Services, was accomplished and delivered on December 4, 2019. Attached as **Exhibit A** is a U.S. Postal Service certified mail receipt and online verification acknowledging proof of service on Alex Azar in his official capacity as Secretary of the U.S. Department of Health and Human Services.

4.      I have confirmed with the Civil Division of the U.S. Attorney's Office that the certified mailing to the U.S. Attorney's Office for the District of Columbia was accomplished and delivered on December 2, 2019.  I have not received the certified return receipt (green card) in the mail.  Attached as **Exhibit B** is a U.S. Postal Service online verification acknowledging proof of service on the U.S. Attorney for the District of Columbia.

5.      I have received receipts confirming that the mailing to the U.S. Attorney General was accomplished and delivered on December 2, 2019.  Attached as **Exhibit C** is a U.S. Postal Service certified mail receipt and online verification acknowledging proof of service on the U.S. Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 13 2019

Respectfully submitted,

/s/Daniel Z. Herbst
Daniel Z. Herbst (Bar No. 501161)
REED SMITH LLP
1301 K Street, NW
Suite 100-East Tower
Washington, DC 20005
(202) 414-9232
(202) 414-9184
dherbst@reedsmith.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, a true and correct copy of the Declaration in Support of Service of Summonses, Complaint, and Motion for Summary Judgment was filed via the Court's CM/ECF system and served by U.S. First-Class mail, postage prepaid, upon all parties of record as follows:

Alex Azar
Secretary of the U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Jessie K. Liu, United States Attorney
Attn: Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

William Barr, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

/s/Daniel Z. Herbst
Daniel Z. Herbst (Bar No. 501161)