**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY WILMOTH, JR. *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 19-3556-RCL |
| ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, | |
| *Defendant*. | |

**JOINT MOTION TO EXTEND TIME**

Roy Wilmoth, Jr., Maureen Piekanski, and Edwin R. Banks ("Plaintiffs") and Alex M. Azar II, Secretary of the Department of Health and Human Services ("Defendant") (collectively, "the Parties") respectfully request that this Court grant their Joint Motion to Extend Time. As proposed, the deadlines for the Defendant to serve a certified copy of the administrative record, respond to the Complaint, and substantively oppose Plaintiffs' motion for summary judgment would be set to February 28, 2020. Good cause exists for this extension and setting the date as proposed is in the interests of justice.

This is an administrative review case filed on November 26, 2019. Simultaneous with the filing of the Complaint, Plaintiffs also filed a motion for summary judgment arguing, *inter alia*, that the Defendant is barred from challenging the allegations of the Complaint based on collateral estoppel. *See* ECF No. 2. Both the Complaint and the motion for summary judgment were served no later than December 2, 2019. The response to the Complaint is due by January 31, 2020.

Adopting conflicting views about the impact of compilation of the administrative record on the timing of dispositive motions practice, the Parties disagree about when a response to the motion for summary judgment is or was due. In any event, as a practical matter, the case was not assigned to an Assistant United States Attorney ("AUSA") until the eve of the earliest possible opposition date, which passed before the AUSA became aware of the summary judgment motion's filing, precluding a reasonable opportunity to respond.[1] Likewise, the parties disagree about when a copy of the administrative record must be served.

Subsequently, the Parties met and conferred and agree that, in order to avoid unnecessary motion practice, streamline consideration of the issues, and allow more time for review, an extension of time until February 28, 2020 for Defendant to produce the administrative record, respond to the Complaint, and substantively oppose Plaintiffs' motion for summary judgment is appropriate. Thus, good cause exists to extend the deadlines and doing so is in the interests of justice.

A proposed order is attached.

Dated: January 8, 2020

Respectfully submitted,

/s/Daniel Z. Herbst
Daniel Z. Herbst (Bar No. 501161)
Mark D. Quist (Bar No. 1552500)
REED SMITH LLP
1301 K Street, NW
Suite 100-East Tower
Washington, DC 20005
(202) 414-9232
(202) 414-9184
dherbst@reedsmith.com
mquist@reedsmith.com

---

[1] It is undisputed that the January 31, 2020 calendar event by which the case was assigned made no mention of the motion, which the AUSA only learned about from Plaintiff's counsel on December 27, 2020.

PARRISH LAW OFFICES
James C. Pistorino (Admitted *Pro Hac Vice*)
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile: (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*


JESSIE K. LIU, D.C. Bar # 472845
U.S. Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendants*

Robert P. Charrow
General Counsel

Michele L. Purdue
Acting Chief Counsel, Region III

Eric S. Wolfish
Assistant Regional Counsel
Office of the General Counsel, Region III
U.S. Department of Health and Human Services
801 Market Street, Suite 9700
Philadelphia, PA 19107-3134
Eric.Wolfish@hhs.gov

*Of Counsel*

3