IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY WILMOTH, JR. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar II, in his official capacity as Secretary of the United States Department of Health and Human Services, <br><br> *Defendant*. | Civil Action No. 19-3556-RCL |

## (~~PROPOSED~~) ORDER

In consideration of the parties' Joint Motion to Extend Time, it is hereby ORDERED that the motion is GRANTED.

It is hereby ORDERED that, by February 28, 2020, Defendant shall:

    File his Answer to Plaintiffs' Complaint;

    Serve a copy of the administrative record upon each Plaintiff; and

    File a substantive opposition to Plaintiffs' motion for summary judgment.

So ordered:

DATED: 1/9/2020

                                                               Royce C. Lamberth
                                                               United States District Judge