**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Roy Wilmoth, Jr. et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) Civil Action No. 1:19-cv-03556 |
| ALEX M. AZAR, SECRETARY OF HEALTH AND HUMAN SERVICES, | ) ) ) ) ) |
| Defendant. | ) ) |

**DECLARATION OF ANGELA K. ROACH**

Pursuant to 28 U.S.C. § 1746, I, Angela K. Roach, declare under penalty of perjury under the laws of the United States, that the following is true and correct:

1. I am the Executive Director and an Administrative Appeals Judge at the Medicare Operations Division ("MOD") of the Departmental Appeals Board ("DAB"). The DAB is a component of the United States Department of Health and Human Services ("HHS"), Office of the Secretary.

2. This Declaration is based on personal knowledge and on documents maintained by MOD in the ordinary course of its operations.

3. MOD supports the Medicare Appeals Council (Council), which provides the final administrative review of claims filed by beneficiaries and health care providers and suppliers for entitlement to Medicare and individual claims for Medicare coverage and payment. As the Executive Director and an Administrative Appeals Judge, one of my

responsibilities is to compile and certify the administrative records for Council cases that are appealed to federal district court.

4. On January 6, 2020, the HHS Office of the General Counsel contacted my staff regarding the timeframe for processing and certifying the administrative record underlying the decisions in Docket Nos. M-19-1980, M-19-2032, M-19-2173, M-19-2179, M-19-1165, M-19-1437, and M-19-2250. My staff explained to the Office of the General Counsel attorney that, at present, the Council is facing an unprecedented number of appeals. MOD is responsible for both processing the Council's pending cases and preparing the administrative record for each case that is appealed to federal court. As of December 2019, there were close to 18,000 cases pending before the Council. The number of pending appeals represents a significant backlog of cases.

5. The time it takes to prepare an administrative record for certification depends on our current court records caseload as well as the size of the case. In each court records case, the process involves scanning all pages of the record, obtaining a transcript of the hearing, page-numbering the record, creating an index, reviewing the record, and certifying the final record.

6. Presently, the time needed to prepare the administrative record is based on our staff and resources, the size of the case, and the competing priorities of MOD. Requests for certified copies of an administrative record are processed in the order that they are received, and we are currently certifying records in a number of other cases.

7. Due to the current workload of MOD, the other court records requests, and the size of this case, we estimate that the administrative record will be available on approximately March 13, 2020.

8. As my staff explained to the HHS Office of the General Counsel, given the MOD's limited resources and competing priorities, we cannot presently dedicate more time or staff to preparing administrative records in appeals such as the above-captioned case, or otherwise expedite the process for certifying the administrative record in this case.

Date: JAN 22 2020

Angela K. Roach
Administrative Appeals Judge
Medicare Operations Division