**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROY WILMOTH, JR., *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant.* | Case No. 19-cv-03556-RCL |

**NOTICE OF DEFENDANT'S NON-COMPLIANCE**

Plaintiffs Roy Wilmoth, Jr., Edwin R. Banks, and Maureen Piekanski (collectively, "Plaintiffs") respectfully submit this Notice of Defendant's Non-Compliance with the Scheduling Order.

Pursuant to the jointly-requested Scheduling Order of January 9, 2020 (*see* Dkt. #10), Plaintiffs provide notice that the Secretary failed to comply with the February 28, 2020 deadline to file an opposition to Plaintiffs' motion for partial summary judgment and serve Plaintiffs with a copy of the administrative record.  Although the Secretary filed a motion stay these deadlines pending resolution of the Secretary's dispositive motion, to date, the Court has not entered an order abating the Secretary's deadlines under the Scheduling Order.

As such, Plaintiffs provide notice of Defendant's non-compliance with the parties' agreement and the Court's scheduling order.

Dated:  March 5, 2020	Respectfully submitted,

/s/Daniel Z. Herbst
Daniel Z. Herbst (Bar No. 501161)
Mark D. Quist (Bar No. 1552500)
REED SMITH LLP
1301 K Street, NW
Suite 100-East Tower
Washington, DC 20005
(202) 414-9232
(202) 414-9184
dherbst@reedsmith.com
mquist@reedsmith.com

*and*

PARRISH LAW OFFICES
James C. Pistorino (*Admitted Pro Hac Vice*)
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile:  (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

          */s/ Daniel Z. Herbst*
          Daniel Z. Herbst